IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VALERIE B. CARTER, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-189 (MTT) |
| KATHY SEABOLT, | ) |
| Respondent. | ) |

### ORDER

This matter is before the Court on United States Magistrate Judge Stephen Hyles' Recommendation (Doc. 13) on the Respondent's Motion to Dismiss (Doc. 9). The Magistrate Judge recommends granting the Motion and dismissing the Petitioner's Petition brought pursuant to 28 U.S.C. § 2254, because the Petition is untimely. The Petitioner did not object to the Recommendation.

The Court has reviewed the Petitioner's Petition, the pleadings related to the Respondent's Motion to Dismiss, and the Recommendation. The Recommendation is adopted, the Respondent's Motion to Dismiss is **GRANTED** (Doc. 9), and the Petitioner's Petition is **DISMISSED**. The Magistrate Judge further recommended that the Court deny a certificate of appealability in this case. (Doc. 13 at 4-5). Accordingly, a certificate of appealability is **DENIED**.

**SO ORDERED**, this the 9th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT